IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRA COSTA COUNTY, et al., | |
| Plaintiffs, | No. C 10-05318 JSW |
| v. | |
| FITCH, INC, | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendant. | |

This matter is set for a hearing on January 28, 2011 on Plaintiffs' motion for remand and/or for abstention. The Court HEREBY ORDERS that Defendants' opposition to the motion shall be filed by no later than December 28, 2010 and a reply brief, if any, shall be filed by no later than January 6, 2011.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 13, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE