1  David T. Biderman (SBN 101577)
2  Philip A. Leider (SBN 229751)
   Jonmi N. Koo (SBN 233136)
3  **PERKINS COIE LLP**
   Four Embarcadero Center, Suite 2400
4  San Francisco, California  94111
   Telephone:  (415) 344-7000
5  Facsimile:  (415) 344-7050
   Email: DBiderman@perkinscoie.com
6  Email: PLeider@perkinscoie.com
7  Email: JKoo@perkinscoie.com

8  Floyd Abrams (*pro hac vice* application to be filed)
   Brian T. Markley (*pro hac vice* application to be filed)
9  Justin Giovannelli (*pro hac vice* application to be filed)
   **CAHILL GORDON & REINDEL LLP**
10 80 Pine Street
   New York, New York 10005
11 Telephone:  (212) 701-3000
   Facsimile:  (212) 269-5420
12

13 Attorneys for Defendant The McGraw-Hill Companies, Inc.
   *Additional attorneys listed on signature page*
14

15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE [CRC 3.550(c)]:<br><br>**AMBAC BOND INSURANCE CASES**<br><br>Coordinated With:<br><br>The Olympic Club v. MBIA, Inc., et al., San Francisco Superior Court Case No. CGC-09-487058 | Case No. C 10-05318<br><br>State Court Case Nos. CJC-08-004555, 09-487058; JCCP NO. 4555<br><br>**JOINT STIPULATION REGARDING ANTI-SLAPP BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>Judge:<br>Courtroom: |

JOINT STIPULATION RE BRIEFING SCHEDULE
CASE NO. C 10-05318

Plaintiffs and defendants in the above-captioned action hereby stipulate as follows:

WHEREAS this removed action was part of a Coordination Proceeding or Consolidated Proceedings pending in San Francisco Superior Court under the captions, *Ambac Bond Insurance Cases*, JCCP Case No. 4555 ("Coordination Proceeding"); *The Olympic Club v. MBIA, Inc. et al.*, San Francisco Superior Court Case No. CGC-09-487058 ("Olympic Club Action"); *The Jewish Community Center of San Francisco v. AMBAC Financial Group, Inc.* San Francisco Superior Court Case No. CJC-10-501361 (the "JCC Action");

WHEREAS, the Rating Agency Defendants[1] were named as defendants in those actions captioned *Contra Costa County, et al. v. AMBAC Financial Group, Inc.*, Case No. CGC-09-492055, part of the JCCP Case No. 4555 Coordination Proceeding (the "Contra Costa Action"), the Olympic Club Action and the JCC Action;

WHEREAS, prior to removal, pursuant to an order dated October 12, 2010, the Honorable Richard A. Kramer, Judge of the Superior Court of San Francisco, permitted the Rating Agency Defendants to file an Anti-SLAPP motion under Code of Civil Procedure Section 425.16, addressing the issue of whether the challenged causes of action arise from protected activity as defined in Section 425.16;

WHEREAS, pursuant to an amended briefing schedule for the Anti-SLAPP motion, the Rating Agency Defendants' reply papers were to be filed on or before December 3, 2010;

WHEREAS, on November 23, 2010, the Rating Agency Defendants filed a Notice of Removal of Action Under 28 U.S.C. § 1334 and 28 U.S.C. § 1452(a) with respect to the actions in which they were named, specifically the Contra Costa Action, the Olympic Club Action, and the JCC Action;

---

[1] Defendants Fitch, Inc., Fitch Group, Inc., Fitch Ratings, Ltd.* (collectively "Fitch"), Moody's Corporation, Moody's Investors Service, Inc. (collectively "Moody's"), The McGraw-Hill Companies, Inc., Standard & Poor's Financial Services, LLC (collectively, "S&P") are collectively referred to as "the Rating Agency Defendants."

* Defendant Fitch Ratings, Ltd. appears specially for the sole purpose of joining the parties' joint stipulation. Fitch Ratings, Ltd. does not waive and expressly preserves all defenses, including its objection to this Court's personal jurisdiction, and does not concede proper service of the complaints in these actions.

WHEREAS pursuant to 28 U.S.C. § 1450 all orders entered prior to the removal of the action to this Court shall remain in full force and effect unless and until dissolved or modified by the District Court;

WHEREAS, on November 30, 2010 plaintiffs filed a motion for remand and/or abstention; and

WHEREAS, the parties seek to extend the time for the Rating Agency Defendants to serve their reply to the plaintiffs' opposition to the Rating Agency Defendants' Anti-SLAPP motion pending a determination on the motion for remand and/or abstention.

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the parties that the Rating Agency Defendants' reply papers in support of the Anti-SLAPP motion will be filed ten (10) days after a final decision is made on plaintiffs' motion for remand and/or abstention. All other orders of the California Superior Court in these removed cases shall otherwise remain in effect.

IT IS SO STIPULATED

DATED: December 13, 2010

By:  /s/ Nanci E. Nishimura

| | |
|---|---|
| COTCHETT, PITRE & MCCARTHY<br>Joseph W. Cotchett<br>jcotchett@cpmlegal.com<br>Nanci E. Nishimura<br>nnishimura@cpmlegal.com<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577 | RENNE SLOAN HOLTZMANN SAKAI LLC<br>Louise Renne<br>350 Sansome Street, Suite 300<br>San Francisco, CA 94104<br>Telephone: (415) 678-3800<br>Facsimile: (415) 678-3838 |

**Attorneys for Plaintiffs**
County of San Mateo; County of Contra Costa; The Olympic Club; City of Riverside; The Redevelopment Agency of the City of Riverside; The Public Financing Authority of the City of Riverside and the Jewish Community Center of San Francisco

1  By: /s/ David T. Biderman

2  PERKINS COIE LLP
    David T. Biderman
3      Dbiderman@perkinscoie.com
    Philip A. Leider
4      PLeider@perkinscoie.com
    Jonmi Koo
5      JKoo@perkinscoie.com
    Four Embarcadero Center
6      Suite 2400
    San Francisco, California 94111-4131
7      Telephone: (415) 344-7000
    Facsimile: (415) 344-7050

CAHILL GORDON & REINDEL LLP
    Floyd Abrams
    fabrams@cahill.com
    Brian T. Markley
    bmarkley@cahill.com
    (Pro Hac Vice Applications to be submitted)
    Eighty Pine Street
    New York, NY 10005-1702
    Telephone: (212) 701-3000
    Facsimile: (212) 269-5420

**Attorneys for Defendants**
The McGraw-Hill Companies, Inc., and Standard & Poor's Financial Services, LLC

11  By: /s/ Keith E. Eggleton

12  WILSON SONSINI GOODRICH & ROSATI
    Keith E. Eggleton
    keggleton@wsgr.com
    David A. McCarthy
    dmccarthy@wsgr.com
    650 Page Mill Road
    Palo Alto, California 94304
    Telephone: (650) 493-9300
    Facsimile: (650) 493-6811

SATTERLEE STEPHENS BURKE & BURKE LLP
    Joshua M. Rubins
    jrubins@ssbb.com
    James J. Coster
    jcoster@ssbb.com
    (Pro Hac Vice Applications to be submitted)
    230 Park Avenue, Suite 1130
    New York, NY 10169-0079
    Telephone: (212) 818-9200
    Facsimile: (212) 818-9606/7

**Attorneys for Defendants**
Moody's Investors Service, Inc., and Moody's Corp.

20  By: /s/ Stephen E. Taylor

21  TAYLOR & COMPANY LAW OFFICES, LLP
    Stephen E. Taylor
    staylor@tcolaw.com
    Jonathan A. Patchen
    jpatchen@tcolaw.com
    One Ferry Building, Suite 355
    San Francisco, California 94111
    Telephone: (415) 788-8200
    Facsimile: (415) 788-8208

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    Martin Flumenbaum
    mflumenbaum@paulweiss.com
    Roberta A. Kaplan
    rkaplan@paulweiss.com
    (Pro Hac Vice Applications to be submitted)
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Telephone: (212) 373-3000
    Facsimile: (212) 757-3990

**Attorneys for Defendants**
Fitch, Inc., Fitch Group, Inc., and Fitch Ratings, Ltd.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: December 13, 2010

*Jeffrey S. White*
Honorable Jeffrey White
United States District Court Judge