**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONTRA COSTA COUNTY, et al.,

    Plaintiffs,                                           No. C 10-05318 JSW

    v.

FITCH, INC,                                     **ORDER VACATING HEARING**

    Defendant.
_____/

This matter is set for a hearing on January 28, 2011 on Plaintiffs' motion for remand and/or for abstention. Pursuant to Civil Local Rule 7-1(b), the Court finds that the matter is appropriate for decision without oral argument. Accordingly, the motion hearing on January 28, 2011, is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: January 26, 2011

                                                       JEFFREY S. WHITE
                                                       UNITED STATES DISTRICT JUDGE